Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
MIDDLE District of FLORIDA
OCALA Division

2021 MAY 28 AM 11:50
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA FLORIDA

JASON DAVID TUCKER

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

ANTONIO GUTERRES,

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 5:21-cv-295-CEM-PRL
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☐ Yes  ☒ No

2021 MAY 28 PM 12:17 FILED

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

  A. **The Plaintiff(s)**

  Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

  | | |
  |---|---|
  | Name | JASON DAVID TUCKER |
  | Street Address | POST OFFICE BOX 305 |
  | City and County | ORANGE LAKE |
  | State and Zip Code | FLORIDA 32681-9998 |
  | Telephone Number | +1-352-239-5766 cell |
  | E-mail Address | postmaster@jasondavidtucker.com |

  B. **The Defendant(s)**

  Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**
- Name: ANTONIO GUTERRES
- Job or Title *(if known)*: SECRETARY-GENERAL OF THE UNITED NATIONS
- Street Address: 760 UNITED NATIONS PLAZA
- City and County: NEW YORK CITY
- State and Zip Code: NEW YORK 10017
- Telephone Number:
- E-mail Address *(if known)*:

**Defendant No. 2**
- Name: ANTONIO GUTERRES
- Job or Title *(if known)*: SECRETARY-GENERAL OF THE UNITED NATIONS
- Street Address: 3 SUTTON PLACE
- City and County: NEW YORK
- State and Zip Code: NEW YORK 10022
- Telephone Number:
- E-mail Address *(if known)*:

**Defendant No. 3**
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

**Defendant No. 4**
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question            ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    
    The plaintiff, *(name)* JASON DAVID TUCKER, is a citizen of the State of *(name)* FLORIDA.

    b. If the plaintiff is a corporation
    
    The plaintiff, *(name)* JASON DAVID TUCKER, is incorporated under the laws of the State of *(name)* FLORIDA, and has its principal place of business in the State of *(name)* FLORIDA.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
    
    The defendant, *(name)* ANTONIO GUTERRES, is a citizen of the State of *(name)* NEW YORK. Or is a citizen of *(foreign nation)*

   b.  If the defendant is a corporation

     The defendant, *(name)* __ANTONIO GUTERRES__, is incorporated under the laws of the State of *(name)* __NEW YORK__, and has its principal place of business in the State of *(name)* __NEW YORK__.

     Or is incorporated under the laws of *(foreign nation)* _____,
and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

 3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

ZERO

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

ANTONIO GUTERRES DISHONORS HIS PUBLIC OATH OF OFFICE AS SECRETARY-GENERAL.

I, JASON DAVID TUCKER, affirm DERELICTION OF DUTY by ANTONIO GUTERRES on Mar 17th, 2021.

It is a fact ANTONIO GUTERRES was noticed over sixty (60) days ago of claim, unaswered without any response other than electronic, unsigned acknowledgments, causing unreasonable delay for emergency relief.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

JASON DAVID TUCKER objects to perjury of oath. We require the court to compel an answer from ANTONIO GUTERRES and protect our rights currently being violated under color of law.

I, JASON DAVID TUCKER, affirm this claim for emergency relief to be true and correct.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 05/28/2021

Signature of Plaintiff
Printed Name of Plaintiff   JASON DAVID TUCKER

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

MAY 28 2021

ALL RIGHTS RESERVED
Page 3 of 5